UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER BARTHOLOMEW, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:11-cv-00028 |
| | § | |
| v. | § | Honorable Sim Lake |
| | § | |
| H&P CAPITAL, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiff, JENNIFER BARTHOLOMEW (Plaintiff), through her attorneys, Krohn & Moss, Ltd., informs this Honorable Court that the parties have reached a settlement in this case. Plaintiff anticipates the parties will finalize the terms of the settlement and dismiss this case within 30 days.

Dated: February 23, 2012        By: /s/ Michael S. Agruss

                                          Michael S. Agruss
                                        KROHN & MOSS, LTD.
                                        10 N. Dearborn St., 3rd Floor
                                        Chicago, IL 60602
                                        Tel: 323-988-2400 x235
                                        Fax: 866-620-2956
                                        magruss@consumerlawcenter.com
                                        Attorney for Plaintiff

1

## PROOF OF SERVICE

I am employed in Chicago, Illinois.  I am over the age of 18 and not a party to the within action.  My business address is 10 N. Dearborn St., 3rd Floor, Chicago, IL 60602

On February 23, 2012, I served the following documents: **NOTICE OF SETTLEMENT**

On the parties listed below:

**STEVEN R. DUNN**                                   Attorney for Defendant
**THE DUNN LAW FIRM**
5420 LBJ Freeway, Suite 577
Dallas, Texas 75240
214. 692.5533
fax 214. 692.5534
www.dunnlawfirm.net

By the following means of service:

[X]   **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on February 23, 2012, at Chicago, Illinois.


By: /s/ Michael S. Agruss
    Michael S. Agruss