UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER BARTHOLOMEW, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11-cv-00028 |
| H&P CAPITAL, INC., | ) Honorable Sim Lake |
| Defendant. | ) |

## ORDER OF STIPAULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 5/29/12

_____
The Honorable Judge
United States District Judge